Order issued September 20, 2012

04155



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01239-CV

## IN RE WILLIAM THOMAS BEANE, Relator

Original Proceeding from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. W05-50820-V(A)

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of habeas

corpus. We **ORDER** that relator bear the costs of this original proceeding.

JOSEPH B. MORRIS
JUSTICE